## Mary Abernathy, Appellant, v. Iva Bensley and Clarence Abernathy, Appellees.

### Gen. No. 9,546.

opinion filed October 29, 1947; released for publication November 25, 1947. Charles Wallace, for appellant; Miles A. Tipsword and Harry I. Hannah, for appellee. Opinion by JUSTICE DADY. Not to be published in full.